# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**CONSTANTINA LIMBERIOU,**<br><br>Debtor | **Chapter 7 Bankruptcy**<br><br>**Bankruptcy No. 23-11681 PMM** |

## STATEMENT RE: PAYMENT ADVICES/EVIDENCE OF PAYMENT

Debtor, Constantina Limberiou, by and through her counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby files this Statement Re: Payment Advices/Evidence of Payment, and in support thereof states that the Debtor was not employed in the 60 day period prior to the filing of the bankruptcy petition, and accordingly, no payment advices are being filed.

**Date:** July 3, 2023

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:** */s/ George M. Lutz*

**George M. Lutz, Esquire**
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA  19610
Pa. Attorney ID No.: 46437