Certificate Number: 14424-PAE-DE-037668625

Bankruptcy Case Number: 23-11681



14424-PAE-DE-037668625

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 11, 2023, at 5:02 o'clock AM EDT, Constantina Limberiou completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 11, 2023          By:   /s/Edsie Lim

                                 Name: Edsie Lim

                                 Title: Certified Personal Finance Counselor