United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                              Case No. 23-11681-pmm

Constantina Limberiou                                               Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 13, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Constantina Limberiou, 520 Frontier Avenue, Reading, PA 19601-1146 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George Meany Lutz | on behalf of Debtor Constantina Limberiou glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor The Bank of New York Mellon  as Trustee for the ABFS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 mfarrington@kmllawgroup.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                    : Chapter 7

Constantina Limberiou                    : Case No. 23–11681–pmm
                    Debtor(s)

*ORDER*

_____

        AND NOW, this day , October 13, 2023 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

        ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                                        By The Court

                                        Patricia M. Mayer
                                        Judge, United States Bankruptcy Court

                                                                                                15
                                                                                        Form 195